RECEIVED BY MAIL
MAR 23 2005
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Wanda Wright, et al, | ) |
| Plaintiff(s), | ) ) ) |
| Vs. | ) Case No. 4:03CV1843 CDP |
| DaimlerChrysler Corp., | ) ) ) |
| Defendant(s). | ) |

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

In accordance with the Court's <u>Order Referring Case to ADR</u>, dated <u>February 11</u>, 2005,

☒ **An ADR conference was held on:** <u>March 18, 2005</u>.

☒ All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference in good faith, and each possessed the requisite settlement authority;

☐ The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

_____

**The ADR referral was concluded on** <u>March 18</u>, 2005

**and the parties [☒ did ☐ did not] achieve a settlement.**
   Check One

----

☐ **Although this case was referred to ADR, a conference <u>WAS NOT HELD</u>.**

Comments: _____.

<u>3-21-05</u>                                            <u>/s/ Jerome signature</u>
Date                                                    Neutral

PDF created with FinePrint pdfFactory trial version www.pdffactory.com