IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WANDA WRIGHT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Cause No. 4:03CV01843CDP |
| vs. ) | |
| ) | [consolidated with 4:02CV00780ERW] |
| DAIMLERCHRYSLER CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW plaintiffs Wanda Wright, et al. in Cause No. 4:03CV01843CDP and Diana Cooley, et al. in Cause No. 4:02CV00780ERW and defendant DaimlerChrysler Corporation, by and through their undersigned counsel, and herein stipulate and agree to the dismissal of the above-captioned matters with prejudice. Each party is to bear their own costs and expenses.

Respectfully submitted,

LEWIS, RICE & FINGERSH, L.C.

By: _____
Gary M. Smith, #10613
David W. Gearhart, #102100
500 North Broadway, Suite 2000
St. Louis, MO 63102
(314) 444-7600
(314) 241-6056 (facsimile)

Attorneys for Defendant
DaimlerChrysler Corporation

**SO ORDERED:**

_____
JUDGE

CANTOR & BURGER, LLC

By: _____
Gary K. Burger
12101 Woodcrest Executive Drive
Suite 190
St. Louis, MO 63141

Mary Anne Sedey
SEDEY & RAY, P.C.
3030 S. Grand, # 2000
St. Louis, MO 63118

Attorneys for Plaintiffs

Date:_____

1197955.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Stipulation for Dismissal with Prejudice was filed on April 27, 2005 electronically with the Clerk of the Court by operation of the Court's electronic filing system upon Gary M. Smith and David W. Gearhart, LEWIS, RICE & FINGERSH, L.C., 500 N. Broadway, Suite 2000, St. Louis, MO 63102.

/s/ Gary Burger
GARY K. BURGER